**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MAINE

Case number *(if known)* ______________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **BRKR LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **99-4188576**

**4. Debtor's address**

**Principal place of business**

**655 Riverside Street**
**Portland, ME 04103**
Number, Street, City, State & ZIP Code

**Cumberland**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**90-98 Ocean House Road Cape Elizabeth , ME**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ______________

Debtor **BRKR LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**2361**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? __________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other __________

**Where is the property?** __________

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency __________

Contact name __________

Phone __________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **BRKR LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2026
MM / DD / YYYY

**X** */s/ Robert S. Barrett*
Signature of authorized representative of debtor

**Robert S. Barrett**
Printed name

Title **Managing Member**

**18. Signature of attorney**

**X** */s/ Adam Prescott*
Signature of attorney for debtor

Date 09/29/2026
MM / DD / YYYY

**Adam Prescott**
Printed name

**Bernstein, Shur, Sawyer & Nelson, P.A.**
Firm name

**100 Middle Street**
**Portland, ME 04101**
Number, Street, City, State & ZIP Code

Contact phone

Email address **aprescott@bernsteinshur.com**

**006033 ME**
Bar number and State

**BRKR LLC**

**WRITTEN RESOLUTIONS OF MANAGER AND MEMBERS
ACTING WITHOUT A MEETING**

**September 29, 2026**

The undersigned, constituting the manager (the "**Manager**") and the holders of all ownership interests (the "**Members**") in BRKR LLC (the "**Company**"), in accordance with the Amended and Restated Limited Liability Company Agreement (as amended or supplemented from time, the "**Operating Agreement**"), and without a meeting in accordance with the Operating Agreement and with the unanimous consent of the Manager and the Members, hereby adopt and consent to the following actions and resolutions of the Company:

**WHEREAS:** The Manager and Members have reviewed and considered the financial and operating condition of the Company, including the historical performance of the Company, its assets, its current and long-term liabilities, the market for its assets, credit market conditions, and macroeconomic conditions impacting the Company, and the Manager and Members being apprised of the efforts to reorganize the Company; and further

**WHEREAS:** The Manager and Members have determined it desirable and in the best interests of the Company, and its creditors, and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and to pursue debtor in possession financing, potential sales of some or all of the Company's assets, and/or a reorganization; and further

**RESOLVED:** That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Maine or any other appropriate bankruptcy court (the "**Bankruptcy Court**") at such time as the Company shall determine and in such form or forms as the Company may approve; and further

**RESOLVED:** That Robert S. Barrett, Karina Napier-Anderson, and Bennett Morris, each acting individually (each, an "**Authorized Party**"), is authorized on behalf of, and in the name of, the Company, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings and other papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under chapter 11, and to take and perform any and all further acts and deeds which the Authorized Party deems necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, to sell assets, and to file and prosecute a plan of reorganization or liquidation; and further,

**RESOLVED:** That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("**BSSN**") as general bankruptcy counsel to the Company, in connection with the chapter 11 case if the Company determines that the filing of a voluntary petition for relief is appropriate, and to pay BSSN at its standard hourly rates in connection with its representation of the Company, and to provide BSSN with a retainer in an amount to be agreed upon by BSSN and the Company, and to reimburse BSSN for any actual expenses incurred in connection with its employment by the Company, and that the Company is authorized to retain and compensate such other professionals in addition to BSSN in the chapter 11 case as may be determined by an Authorized Party.

[intentionally left blank; signatures to follow]

**SEEN AND AGREED:**

Date: 9/29/2026

By: Signed by: Robert S. Barrett 8DB7E3B5B64D4F5...
Name: Robert S. Barrett
Title: Manager and Member

Date: 9/29/2026

By: DocuSigned by: Karina Napier-Anderson E8E979434C80488...
Name: Karina Napier-Anderson
Title: Member

Date: 9/29/2026

By: Signed by: Bennett Morris F9860FAFAA89458...
Name: Bennett Morris
Title: Member

**Fill in this information to identify the case:**

Debtor name **BRKR LLC**

United States Bankruptcy Court for the: DISTRICT OF MAINE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/29/2026

X */s/ Robert S. Barrett*
Signature of individual signing on behalf of debtor

**Robert S. Barrett**
Printed name

**Managing Member**
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name BRKR LLC

United States Bankruptcy Court for the: DISTRICT OF MAINE

Case number (if known): ______

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Barrett Made<br>655 Riverside Street<br>Portland, ME 04103** | **Robert Barrett<br><br>info@barrettmade.com** | | | | | **$846,348.78** |
| **Jaiden Landscaping, Inc.<br>325 Bath Road<br>Brunswick, ME 04011** | **Seth W. Brewster, Esq.<br><br>sbrewster@jensenbaird.com** | | **Disputed** | $620,677.43 | Unknown | **Unknown** |
| **McFarlane Field Associates<br>4 Scott Dyer Road<br>Cape Elizabeth, ME 04107** | | | | | | **$5,000.00** |
| **Natalie Givens and Bruce Anderson<br>36 Utterback Store Road<br>Great Falls, VA 22066** | | | | | | **$203,100.52** |
| **Norman Hanson Detroy<br>Attn: Paul Driscoll, Esq.<br>220 Middle Street<br>Portland, ME 04112** | | | | | | **Unknown** |
| **Robert Napior Revocable Trust<br>2107 Oceanview Drive<br>Saint Petersburg, FL 33715** | **Richard P. Olson, Esq.<br><br>rolson@curtisthaxter.com;** | | **Disputed** | $8,369,382.22 | Unknown | **Unknown** |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maine

In re **BRKR LLC** Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bennett Morris**<br>**99 Monument Street**<br>**Portland, ME** | | **25%** | **Member** |
| **Karina Napier**<br>**99 Monument Street**<br>**Portland, ME** | | **25%** | **Member** |
| **Robert Barrett**<br>**63 Parsons Road**<br>**Portland, ME 04101** | | **50%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 09/29/2026

Signature */s/ Robert S. Barrett*
**Robert S. Barrett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maine

In re **BRKR LLC** Debtor(s)

Case No.
Chapter **11**

## CERTIFICATION OF CREDITOR MATRIX

I hereby certify that the attached matrix, consisting of **2** pages, includes the names and addresses of all creditors listed on the debtor's schedules.

Date: 09/29/2026

*/s/ Robert Barrett*
Signature
Robert Barrett
Member

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Barrett Made
655 Riverside Street
Portland, ME 04103

Central Maine Power
83 Edison Drive
Augusta, ME 04336

Dead River Company, LLC
82 Running Hill Road
Suite 400
South Portland, ME 04106

GoNetspeed
Attn: Trina Bragdon, Esq.
396 Griffin Road, Suite 110
Bangor, ME 04401

Internal Revenue Services
Attn: Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101

Jaiden Landscaping, Inc.
325 Bath Road
Brunswick, ME 04011

Maine Revenue Services
c/o John Burke, Esq.
6 State House Station
Augusta, ME 04333

McFarlane Field Associates
4 Scott Dyer Road
Cape Elizabeth, ME 04107

Midcoast Excavation, Inc.
50 Summit Place
Bath, ME 04530

Natalie Givens and Bruce Anderson
36 Utterback Store Road
Great Falls, VA 22066

Norman Hanson Detroy
Attn: Paul Driscoll, Esq.
220 Middle Street
Portland, ME 04112

Office of U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, ME 04101

Office of U.S. Trustee
537 Congress Street
Suite 300
Portland, ME 04101

Portland Water District
225 Douglass Street
Portland, ME 04104

Richard P. Olson, Esq.
200 Middle Street
Suite 1001
Portland, ME 04101

Robert Napior Revocable Trust
2107 Oceanview Drive
Saint Petersburg, FL 33715

Seth W. Brewster, Esq.
Jensen Baird
10 Free Street
Portland, ME 04112

Town of Cape Elizabeth
320 Ocean House Road
Cape Elizabeth, ME 04107