# United States Bankruptcy Court
## District of Maine

In re **BRKR LLC** Debtor(s)

Case No. 26-20315
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BRKR LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bennett Morris**
**99 Monument Street**
**Portland, ME**

**Karina Napier**
**99 Monument Street**
**Portland, ME**

**Robert Barrett**
**63 Parsons Road**
**Portland, ME 04101**

☐ None [*Check if applicable*]

09/29/2026
Date

*/s/ Adam Prescott*
**Adam Prescott**
Signature of Attorney or Litigant
Counsel for **BRKR LLC**
**Bernstein, Shur, Sawyer & Nelson, P.A.**
**100 Middle Street**
**Portland, ME 04101**
**Fax:**
**aprescott@bernsteinshur.com**